# EXHIBIT A

**Emily Lamb**

| | |
|---|---|
| **From:** | Kaitlin Coons Astorino <kaitlin@isaacsandisaacs.com> |
| **Sent:** | Wednesday, December 02, 2020 1:05 PM |
| **To:** | Emily Lamb |
| **Cc:** | Lisa Gorsick; Jennifer Meyer; David Domene |
| **Subject:** | RE: Elizabeth Jines v. D&G, Inc. |

Emily,

Just to clarify, I have not received her medical records and cannot give you specifics regarding diagnosis.  I can however advise that she will be seeking significant medical damages.

Best,

 

**Kaitlin Astorino**
Attorney | Litigation | Isaacs Ambassador

502-861-5017 – Direct     502-458-1000 – Main
502-822-4867 – Fax
1601 Business Center Ct., Louisville, KY 40299
kaitlin@isaacsandisaacs.com

**ISAACS & ISAACS**
PERSONAL INJURY LAWYERS

---

**From:** Emily Lamb <ELamb@bdblawky.com>
**Sent:** Wednesday, December 2, 2020 12:56 PM
**To:** Kaitlin Coons Astorino <kaitlin@isaacsandisaacs.com>
**Cc:** Lisa Gorsick <LGorsick@bdblawky.com>; Jennifer Meyer <JMeyer@bdblawky.com>; David Domene <DDomene@bdblawky.com>
**Subject:** Elizabeth Jines v. D&G, Inc.

Hi Kaitlin,

During our phone conversation today you indicated that your client claims to have suffered significant injuries and is currently in a medically-induced coma.  Based on this, I presume your client will be seeking damages in excess of $75,000, exclusive of interest and costs, in this case. If this is not correct, please let me know by close of  business on December 7, 2020.

Thanks,

**Emily C. Lamb**
Blackburn Domene & Burchett, PLLC
614 W. Main St., Suite 3000
Louisville, Kentucky 40202
Firm: (502) 584-1600
Direct: (502) 371-0591
Fax: (502) 584-9971
Email: elamb@bdblawky.com

www.bdblawky.com



NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you received this e-mail in error, please notify us immediately by return e-mail or by telephone at (502) 584-1600 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Blackburn Domene & Burchett PLLC.