# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| ELIZABETH JINES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:20-cv-00244-TWP-DML |
| | ) |
| D&G, INC., | ) |
| JACKIE W. MELTON, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON DISMISSAL

The plaintiff has filed a motion to dismiss this case (Dkt. 35). At the status conference held August 12, 2021, the defendant stipulated to the dismissal as proposed by plaintiff's motion. The motion to dismiss at Dkt. 35 is therefore GRANTED. The defendant's motion at Dkt. 32 is DENIED AS MOOT. This action is dismissed with prejudice, each party to bear its own costs and fees.

IT IS SO ORDERED.

Date:   8/16/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

ELIZABETH JINES
2323 Ross Street
Madison, IN 47250

David Domene
BLACKBURN HUNDLEY & DOMENE
ddomene@bdblawky.com

Emily C. Lamb
BLACKBURN DOMENE & BURCHETT
elamb@bdblawky.com